**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-8067**

---

DARRELL JAMES PARKS,

Plaintiff - Appellant,

versus

ANTHONY WILLIAMS, Mayor of the District of
Columbia; HULON L. WILLIS, District of
Columbia-Representative Contractor; AVON C.
QUERO, Unit Manager #4; EDDIE L. PEARSON,
Chief Warden; RUFUS FLEMING, Regional
Director; JAMES S. GILMORE, III, Virginia
Governor,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Robert E. Payne, District Judge.
(CA-01-287)

---

Submitted: October 24, 2002          Decided: October 30, 2002

---

Before WIDENER, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Darrell James Parks, Appellant Pro Se.  Eugene A. Adams, Kimberly
C. Matthews, Andrew S. Hoenig, Charles Luverne Reischel, OFFICE OF
CORPORATION COUNSEL, Washington, D.C.; Rick Randall Linker, OFFICE
OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Darrell James Parks appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Parks v. Williams, No. CA-01-287 (E.D. Va. Nov. 6, 2001).  We deny Parks' motion for appointment of counsel.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2